**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 97-6553**

—————

PAUL MAZZELL,

Petitioner - Appellant,

versus

PARKER EVATT, Commissioner, South Carolina
Department of Corrections; TRAVIS MEDLOCK,
Attorney General, State of South Carolina,

Respondents - Appellees.

—————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Dennis W. Shedd, District Judge.
(CA-90-2651-3-19BC)

—————

Submitted:  June 16, 1998          Decided:  July 30, 1998

—————

Before WILKINS, HAMILTON, and WILLIAMS, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

John Henry Blume, III, Columbia, South Carolina, for Appellant.
Donald John Zelenka, Chief Deputy Attorney General, Columbia, South
Carolina, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998)). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Mazzell v. Evatt, No. CA-90-2651-3-19BC (D.S.C. Mar. 14, 1997). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED